# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Lester De Jesus De Belen,

               Plaintiff,

   v.

David Brown, et al.

               Defendant.

Case No. 2:26-cv-01626-MMD-BNW

**ORDER**

Presently before the court is pro se Plaintiff's motion for service of process by the United States Marshals Service. ECF No. 8.

Federal Rule of Civil Procedure 4(c)(3) states:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

Plaintiff is neither proceeding *in forma pauperis* nor as a seaman, but he is proceeding pro se. Accordingly, this Court exercises its discretion to grant Plaintiff's motion and orders as follows:

**IT IS ORDERED** that Plaintiff's motion to request service of summons (ECF No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) deliver the summonses at ECF No. 6 along with six copies of the complaint (ECF No. 5) to the U.S. Marshals for service; and (2) mail Plaintiff six blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in defendants' last-known addresses so that the defendants may be served.

**IT IS FURTHER ORDERED** that Plaintiff will have 30 days to fill out the required USM-285 forms and send them to the U.S. Marshals Service. Within 21 days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been

accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

DATED: June 23, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE